3049894 – LRB/MFK ARDC # 6337703

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN E. STEWART, JR., ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID CONNELL JR., PENSKE TRUCK ) <br> LEASING CORPORATION, a foreign corporation, ) <br> PENSKE TRUCK LEASING CO, L.P., a limited ) <br> partnership, and CENTRAL GARDEN AND PET ) <br> COMPANY, ) <br> Defendants. ) | Case No.: |

**<u>NOTICE OF REMOVAL</u>**

 NOW COME the Defendants, DAVID CONNELL JR., PENSKE TRUCK LEASING CORPORATION, PENSKE TRUCK LEASING CO., L.P., and CENTRAL GARDEN AND PET COMPANY, by and through their attorneys, Lew R. C. Bricker and Madeline F. Kelleher of SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, state as follows:

 1. This matter arises from a September 16, 2019 accident involving a tractor truck and motor vehicle on South California Street near its intersection with 26th Street, in the City of Chicago, Cook of County, and State of Illinois. (*See* Complaint at Law attached as Exhibit A.) The Plaintiff, JOHN E. STEWART, JR., alleges that he suffered "injuries and damages of personal, pecuniary, and permanent nature" as a result of the accident. (Exhibit A, Count I at ¶ 8, Count II at ¶ 14, Count III at ¶ 14 and Count IV at ¶ 14.)

 2. On July 16, 2021, the Plaintiff filed a four-count Complaint in the Circuit Court of

Cook County, Illinois bearing Case No. 2021 L 7214. (Exhibit A.)

3. The Defendant, DAVID CONNELL JR., seeks to remove this matter based upon subject matter jurisdiction conferred by diversity of citizenship and amount in controversy, as established in 28 U.S.C. § 1332.

4. The Defendant, PENSKE TRUCK LEASING CORPORATION, consents to the removal of this matter as required by 28 U.S.C. § 1446.

5. The Defendant, PENSKE TRUCK LEASING CO., L.P., consents to the removal of this matter as required by 28 U.S.C. § 1446.

6. The Defendant, CENTRAL GARDEN AND PET COMPANY, consents to the removal of this matter as required by 28 U.S.C. § 1446.

7. As discussed in more detail below, diversity of citizenship exists, the Defendants assert a good faith basis that the amount in controversy exceeds $75,000.00, and the filing of this Notice of Removal is timely.

## ARGUMENT

**Diversity of Citizenship Exists**

8. For the purposes of 28 U.S.C. § 1441, an individual shall be deemed a citizen of a state where the individual is domiciled. A corporation shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

9. The United States Supreme Court stated that a corporation's principal place of business is determined by the "nerve center" test. The Court explained that:

> … the place where a corporation's officers direct, control, and coordinate the corporation's activities. It is the …corporation's nerve center. And in practice it should normally be the place where the corporation maintains its headquarters – provided that the

> headquarters is the actual center of direction, control, and coordination, i.e., the nerve center, and not simply an office where the corporation holds its board meetings (for example, attended by directors and officers who have traveled there for the occasion).

*Hertz Corp.*, 559 U.S. at 92-93.

10. At the time of the subject accident, at the time the Complaint was filed in the Circuit Court of Cook County, Illinois, and at the present time, the Plaintiff, JOHN E. STEWART, JR., was and is domiciled, a citizen and resident of the State of Indiana. (*See* the Illinois Traffic Crash Report attached as Exhibit B.)

11. The Defendant, DAVID CONNELL JR., at the time of the subject accident, at the time the Complaint was filed in the Circuit Court of Cook County, Illinois, and at the present time was and is domiciled, a citizen and resident of the State of Wisconsin. (Exhibit B.)

12. At the time of the subject accident, at the time the Complaint was filed in the Circuit Court of Cook County, Illinois and at the present time, the Defendant, CENTRAL GARDEN AND PET COMPANY, was and is a citizen of the State of Delaware, its state of incorporation, and the State of California, the location of its principal place of business. (*See* Central Garden and Pet Company Filing Information with the California Secretary of State attached as Exhibit C and Affidavit of Central Garden and Pet Company attached as Exhibit D.)

13. At the time of the subject accident, at the time of the Complaint was filed in the Circuit Court of Cook County, Illinois and at the present time, the Defendant, PENSKE TRUCK LEASING CORPORATION, was and is a citizen of the State of Delaware, its state of incorporation, and the Commonwealth of Pennsylvania, the location of its principal place of business. (*See* Penske Truck Leasing Corporation Filing Information with the Delaware Secretary of State attached as Exhibit E and Penske Truck Leasing Corporation Filing Information with the Pennsylvania Secretary of State attached as Exhibit F.)

14. Defendant PENSKE TRUCK LEASING CO., L.P. is a limited partnership. To determine the citizenship of a limited partnership, "courts look through the form of such a business entity to the citizenship of all the members of the partnership." *Carden v. Arkonma Assocs.*, 494 U.S. 185, 187-96 (1990). A limited partnership, or L.P., has the citizenship of all of its partners, both general and limited." *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

15. To sufficiently allege the citizenship of a limited partnership, a removing party must thus identify each of the limited partnership's partners—including its limited partners—and identify each partner's citizenship. *Id*. The Court must also "trace through multiple levels" to ensure that the citizenship of any partners who are themselves a partnership or a limited liability company are completely diverse as well. *See, e.g., Mut. Assignment & Indemnification Co. v. Lind-Waldock & Co., L.L.C.*, 364 F.3d 858, 861 (7th Cir. 2004).

16. The citizenship of an LLC is likewise the citizenship of each of its members. *Thomas v. Guardsmark*, LLC, 487 F.3d 531, 534 (7th Cir. 2007).

17. PENSKE TRUCK LEASING CO., L.P. was formed under the laws of the State of Delaware and its principal place of business is and was at all relevant times headquartered in the Commonwealth of Pennsylvania because that is where its headquarters and its executive and senior management personnel, as well as its primary management operations, are located. (*See* Penske Truck Leasing Co., L.P. Filing Information with the Delaware Secretary of State attached as Exhibit G and Penske Truck Leasing Co., L.P. Filing Information with the Pennsylvania Secretary of State attached as Exhibit H.)

18. PENSKE TRUCK LEASING CO., L.P. has, and at all relevant times had, one general partner: PTL GP, LLC. In turn, PTL GP, LLC's sole member is LJ VP Holdings, LLC.

19. Tracing further, LJ VP Holdings, LLC 's sole member is PENSKE TRUCK LEASING CORPORATION. As detailed above, PENSKE TRUCK LEASING CORPORATION is incorporated under the laws of the State of Delaware and its headquarters and principal place of business is located at 2675 Morgantown Road, Reading, PA, 19607; where its operations are coordinated. PENSKE TRUCK LEASING CORPORATION is thus a citizen of Delaware and Pennsylvania.

20. PENSKE TRUCK LEASING CO., L.P. has, and at all relevant times had, three limited partners: (1) PENSKE TRUCK LEASING CORPORATION; (2) Penske Automotive Group, Inc.; and (3) MBK USA Commercial Vehicles, Inc.

21. First (and as alleged in more detail above), PENSKE TRUCK LEASING CORPORATION is a citizen of both Delaware and Pennsylvania.

22. Second, Penske Automotive Group, Inc. is a corporation organized under the laws of the State of Delaware. Penske Automotive Group, Inc.'s headquarters and principal place of business is and was at all relevant times located at 2555 Telegraph Road, Bloomfield Hills, MI 48302; where its operations are coordinated. Penske Automotive Group, Inc. is thus a citizen of both Delaware and Michigan.

23. Third, MBK USA Commercial Vehicles, Inc. is a corporation organized under the laws of the State of Delaware. MBK USA Commercial Vehicles, Inc.'s headquarters and principal place of business is located at Nippon Life Marunouchi Garden Tower, 1-3 Marunounchi 1-chome, Chiyoda-ku, Tokyo, Japan; where its operations are coordinated. MBK USA Commercial Vehicles, Inc. is thus a citizen of both Delaware and Japan.

24. Accordingly, PENSKE TRUCK LEASING CO., L.P. is and was at all relevant times, a citizen of the States of Delaware and Michigan, the Commonwealth of Pennsylvania,

5

and the Country of Japan. Plaintiff, on the other hand, is and was at all relevant times a citizen of the State of Indiana.

25. Complete diversity of citizenship exists between the Plaintiff, JOHN E. STEWART, JR., and the Defendants, DAVID CONNELL JR., CENTRAL GARDEN AND PET COMPANY, PENSKE TRUCK LEASING CORPORATION and PENSKE TRUCK LEASING CO., L.P.

**The Amount in Controversy Exceeds $75,000.00**

26. The Complaint alleges that as a result of the accident, the Plaintiff "sustained injuries and damages of personal, pecuniary, and permanent nature." (Exhibit A, Count I at ¶ 8, Count II at ¶ 14, Count III at ¶ 14 and Count IV at ¶ 14).

27. The Plaintiff's Affidavit Pursuant to Rule 222(b) states, "Steven C. Armbruster, attorney for Plaintiff, JOHN E. STEWART, JR., state that the damages sought in this matter exceed Fifty Thousand ($50,000.00) Dollars." (Exhibit A, Affidavit Pursuant to Rule 222(b)).

28. Additionally, during the pre-suit investigation, the Defendant learned via the plaintiff's attorney that the Plaintiff sustained a cerebral concussion and a cervical strain/sprain, a lumbar strain/sprain, a thoracic strain/sprain and internal derangement of the left knee that required physical therapy. Accordingly, the movant believes in good faith that the amount in controversy exceeds the jurisdictional limit of $75,000.00.

**Removal Is Timely Filed**

29. A Notice of Removal is timely filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

30. The Plaintiff filed his Complaint at Law on July 16, 2021. (Exhibit A.)

31. Service was not achieved on Defendant, DAVID CONNELL JR. However, DAVID CONNELL JR. waived service and an Appearance was filed on his behalf on September 7, 2021. (*See* Connell Affidavit of Non-Service attached as Exhibit I and Appearance and Jury Demand attached as Exhibit J.)

32. Service was achieved on the Defendant, PENSKE TRUCK LEASING CORPORATION, on July 27, 2021. (*See* Penske Truck Leasing Corporation Summons and Notice of Service of Process attached as Exhibit K.)

33. Service was achieved on the Defendant, PENSKE TRUCK LEASING CO., L.P., on July 29, 2021. (*See* Penske Truck Leasing Co., L.P. Summons and Notice of Service of Process attached as Exhibit L.)

34. Service was achieved on the Defendant, CENTRAL GARDEN AND PET COMPANY, on July 27, 2021. (*See* Central Garden and Pet Company Summons and Notice of Service of Process attached as Exhibit M.)

35. As established in 28 U.S.C. § 1446(b)(2)(c), a later-served defendant may notice for removal and "any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal." As provided in this section, the PENSKE Defendants and CENTRAL GARDEN AND PET COMPANY consent to the removal.

36. As established in this Notice, the Defendants have properly filed their Notice of Removal within the applicable thirty-day period as set forth in 28 U.S.C. §1446 and therefore, the Defendants' Notice of Removal is timely filed.

37. As required by 28 U.S.C. §1446(d), the movant Defendant, DAVID CONNELL JR., will promptly serve upon the Plaintiff's counsel and file with the Circuit Court of Cook

7

County a true and correct copy of this Notice.

38. As required by 28 U.S.C. §1446(a), a true and correct copy of all process, pleadings, and orders served upon the Defendants in this action is attached hereto. (*See* Exhibits A, J, K, L, M).

39. By removing this action, the Defendants do not waive any defenses available to them.

40. If any question arises as to the propriety of the removal of this action, the movant Defendant, DAVID CONNELL JR., requests the opportunity to present a brief and oral argument in support of his position that this case is removable.

41. This Notice is signed and submitted in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants, DAVID CONNELL JR., PENSKE TRUCK LEASING CORPORATION, PENSKE TRUCK LEASING CO., L.P., and CENTRAL GARDEN AND PET COMPANY, by and through their attorneys, Lew R. C. Bricker and Madeline F. Kelleher of SmithAmundsen LLC, pray that this Honorable Court retain jurisdiction of this matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The movant Defendant, DAVID CONNELL JR., further prays, should this Court require a hearing, that he be afforded the opportunity to present a brief and oral argument in support of the Defendants' position. The Defendants pray for further and other relief as this Court deems proper and just.

Respectfully submitted,

By: /s/ Madeline F. Kelleher
Madeline F. Kelleher – Bar Number 6337703
Attorney for Defendants
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601

                                                  Tel: (312) 894-3200
                                                  Fax: (312) 894-3210
                                                  E-Mail: mkelleher@salawus.com

Lew R.C. Bricker, #6206641
Madeline F. Kelleher, #6337703
Attorneys for Defendants
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois  60601
Tel: (312) 894-3200
Fax: (312) 894-3210
E-Mail: lbricker@salawus.com
        mkelleher@salawus.com

3049894 – LRB/MFK                                                              ARDC # 6337703

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN E. STEWART, JR., ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| DAVID CONNELL JR., PENSKE TRUCK ) | |
| LEASING CORPORATION, a foreign corporation, ) | |
| PENSKE TRUCK LEASING CO, L.P., a limited ) | |
| partnership, and CENTRAL GARDEN AND PET ) | |
| COMPANY, ) | |
|     Defendants. ) | |

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on the **4th day of October, 2021**, he served a copy of **Notice of Removal** on plaintiff's counsel via email to:

Steven C. Armbruster
Beth Benefield
The Vrdolyak Law Group, LLC
7725 W. 159th Street,
Tinley Park, IL 60577
(708) 429-2332
sambruster@vrdolyak.com
bbenefield@vrdolyak.com

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on:  October 4, 2021

/s/ Madeline F. Kelleher

Lew R.C. Bricker, #6206641
Madeline F. Kelleher, #6337703
Attorneys for Defendants
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200